EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | |
|--------|--------|
| | 2020 TSPR 40 |
| Medidas Judiciales ante situación de emergencia de salud por el Covid-19 | 204 DPR _____ |

Número del Caso: EM-2020-10

Fecha: 2 de mayo de 2020

Materia: Extensión de Términos Judiciales.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | | |
|---|---|---|
| *In re:*<br><br>Medidas Judiciales ante situación de emergencia de salud por el Covid-19 | EM-2020-10 | Extensión de Términos Judiciales |

RESOLUCIÓN

En San Juan, Puerto Rico, a 2 de mayo de 2020.

El 12 de marzo de 2020 la Gobernadora de Puerto Rico, Hon. Wanda Vázquez Garced (Gobernadora), decretó un estado de emergencia por la amenaza que representa la pandemia por la propagación de COVID-19 (coronavirus). El 15 de marzo de 2020, la Gobernadora emitió una Orden Ejecutiva decretando un cierre total y toque de queda que aplica a entes gubernamentales y privados, con ciertas exclusiones relacionadas a servicios esenciales. La Orden Ejecutiva se extendió en dos ocasiones, con vigencia hasta el 3 de mayo de 2020. El 1 de mayo de 2020 se emitió la OE-2020-038, mediante la cual se extendió el toque de queda hasta el 25 de mayo de 2020. Esa orden flexibilizó las actividades económicas autorizadas, sujeto a varias condiciones dirigidas a prevenir el riesgo de contagio.

El 15 de marzo de 2020 el Poder Judicial anunció el cierre parcial de operaciones y suspendió las vistas y asuntos citados en los tribunales del país hasta el 30 de marzo de 2020. Se dispuso que durante este periodo solo se atenderían asuntos urgentes tales como vistas de causa para arresto (Regla 6), órdenes de protección, solicitudes de traslado de menores fuera de la jurisdicción, otros asuntos de familia y menores de carácter urgente, y órdenes de ingreso involuntario a la luz de la Ley de Salud Mental, para nombrar algunos. El 16 de marzo de 2020 resolvimos extender hasta el 15 de abril de 2020 "[c]ualquier término que ven[ciera]

durante las fechas del 16 de marzo de 2020 hasta el 14 de abril de 2020". In re Medidas Judiciales ante situación de emergencia de salud por el COVID-19, EM-2020-03. Gradualmente, se han ampliado los asuntos civiles y de familia de competencia superior que se atienden en los Tribunales de Primera Instancia mediante videoconferencia. Mientras, el Tribunal de Apelaciones y este Tribunal han dispuesto los mecanismos para que se presenten asuntos urgentes, para que se atienda el despacho y se adelanten los borradores de sentencias y opiniones de los casos perfeccionados en ambos foros apelativos. No obstante la ampliación de los asuntos que se atienden actualmente por la Judicatura, extendimos los términos judiciales hasta el 18 de mayo de 2020. Véanse, In re Medidas Judiciales ante situación de emergencia de salud por el COVID-19, EM-2020-05 y EM-2020-07.

Hoy, 2 de mayo de 2020, la Rama Judicial informó que no aumentará su operación presencial en los Centros Judiciales, pero sí ampliará el uso de la videoconferencia para diversos asuntos. Habida cuenta de la extensión hasta el 25 de mayo de 2020 de las medidas de cierre parcial de operaciones anunciado por la Rama Judicial --cónsono con las medidas cautelares necesarias para evitar la propagación del COVID-19--, y conforme nuestra facultad para reglamentar los procedimientos judiciales al computar los términos en las distintas leyes, reglas o reglamentos que aplican a los procedimientos judiciales, **se decreta que cualquier término que venza durante las fechas del 16 de marzo de 2020 hasta el 7 de junio de 2020, se extenderá hasta el lunes, 8 de junio de 2020**. Esta determinación aplica a cualquier plazo instruido por orden judicial que venza entre estas fechas.

Se ordena la difusión inmediata de esta Resolución.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

El Juez Asociado, señor Martínez Torres, está conforme y reitera las expresiones hechas en la resolución de 16 de marzo de este año.

José Ignacio Campos Pérez
Secretario del Tribunal Supremo